# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2022-0288, <u>Matthew Pepler v. Said Yahyapour & a.</u>, the court on November 29, 2022, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). Defendant Said Yahyapour appeals an order of the Superior Court (<u>Howard</u>, J.), following a three-day bench trial, finding that he owes the plaintiff, Matthew Pepler, $143,370 for personal loans and ordering him to repay the plaintiff in full. Based upon our review of Yahyapour's brief, the plaintiff's memorandum of law, the relevant law, the record on appeal, and the trial court's thorough and well-reasoned decision, we find Yahyapour's arguments unpersuasive and affirm the trial court's decision. <u>See</u> <u>Sup. Ct. R.</u> 25(8). Yahyapour's request in his brief for an extension of time to obtain transcripts of the three-day bench trial is denied. <u>See</u> <u>Sup. Ct. R.</u> 15(2)(a) (governing procedure for requesting transcript). We note that we previously denied Yahyapour's motion to substitute an audio recording of trial for a transcript, that we granted Yahyapour additional time to file a transcript order form, that Yahyapour did not file a transcript order form, and that the parties have since fully briefed the case pursuant to our briefing order.

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,
Clerk**